UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-CR- |
| | : | |
| v. | : | MAGISTRATE NO. 23-MJ-307 |
| | : | |
| PAUL ORTA, JR., | : | VIOLATION: |
| | : | |
| Defendant. | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | |
| | : | |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **PAUL ORTA, JR.** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder adversely affected interstate commerce and the conduct and performance of a federally protected function.

(**Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code,

Section 231(a)(3))

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

                        By:     */s/ Sarah W. Rocha*_____
                                              SARAH W. ROCHA
                                              Trial Attorney / Detailee
                                              D.C. Bar No. 977497
                                              601 D Street, N.W.
                                              Washington, D.C. 20004
                                              sarah.wilsonrocha@usdoj.gov
                                              (202) 330-1735