Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> PAUL ORTA, JR. ) <br> ) <br> ) | Criminal Case No.: 24-cr-00146 |

## WAIVER OF INDICTMENT

I, _____Paul Orta, Jr._____, the above-named defendant, who is accused of

Civil Disorder and Aiding and Abetting, in violation of Title 18, United States Code, Section 231(a)(3)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____May 14, 2024_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____/s/ Paul Orta_____
Defendant

_____[signature]_____
Counsel for Defendant

Before: __[signature]__   Date: __May 14, 2024__
Dabney L. Friedrich
United States District Judge